# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

JOSEPH COBB,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0737

————————————————

January 2, 2026

Appeal from the Circuit Court for Pinellas County; Pat Siracusa, Judge.

Blair Allen, Public Defender, and Andrea M. Norgard, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Tayna Alexander, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KHOUZAM, ATKINSON, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.